787 A.2d 880

IN THE MATTER OF LIBERO D. MAROTTA
AN ATTORNEY AT LAW.

January 11, 2002.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **LIBERO D. MAROTTA,** formerly of **EDGEWATER,** who was admitted to the bar of this State in 1955, and who was suspended from the practice of law for a period of two years effective September 2, 1999, by Order of this Court filed on May 24, 2001, be restored to the practice of law, effective immediately.